THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DANIEL HALPERN, Appellant.

Argued May 24, 1937; decided June 8, 1937.

*Joseph Halpern* and *Benjamin Bag* for appellant.

*Samuel J. Foley, District Attorney (George Tilzer, Sol Boneparth* and *Herman J. Fliederblum* of counsel), for respondent.

610

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.